# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4889
_____

SHAWN M. KESLING,

Appellant,

v.

SADIE DARNELL, Sheriff of
Alachua County,

Appellee.
_____

On appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

September 14, 2020

PER CURIAM.

AFFIRMED. *Kesling v. State*, 292 So. 3d 1146 (Fla. 1st DCA 2020); *Bonner v. State*, 866 So. 2d 163 (Fla. 5th DCA 2004).

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shawn M. Kesling, pro se, Appellant.

No appearance for Appellee.